JOSEPH C. BALESTRIERI [SBN. 116321]
 *jcb@robinsonwood.com*
DAN L. RAINSBURY [SBN. 210193]
 *dlr@robinsonwood.com*
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California 95113
Telephone:  (408) 298-7120
Facsimile:   (408) 298-0477

Attorneys for ROBERT WORCIESKI and
T.P.T. SYSTEM, INC.

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK ABRAHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT WORCIESKI and T.P.T. SYSTEM, INC., et al.,<br><br>    Defendants. | Case No. C09 00940 ~~RS~~  BZ<br><br>**STIPULATION AND ORDER TO CONTINUE COMPLETION DATE OF EARLY NEUTRAL EVALUATION CONFERENCE** |
| AND RELATED CASES. | |

WHEREAS, presently, the Court has ordered that the completion date of the Early Neutral Evaluation Conference is September 15, 2009.

WHEREAS, the parties have attempted to schedule the Early Neutral Evaluation (ENE) Conference within the completion date period, but scheduling conflicts will prevent the parties from completing the ENE Conference within the time prescribed.

WHEREAS, in view of the foregoing circumstances, the parties through their respective counsel, request that the completion date of the Early Neutral Evaluation Conference be continued until October 22, 2009.

523798

1                                                                                                                      C09 00940 RS
STIPULATION AND ORDER TO CONTINUE COMPLETION DATE OF EARLY NEUTRAL EVALUATION CONFERENCE

SO STIPULATED.

Dated: August 26, 2009                     ROBINSON & WOOD, INC.

                                           By: /s/ Joseph C. Balestrieri
                                              JOSEPH C. BALESTRIERI
                                           Attorneys for ROBERT WORCIESKI and
                                           T.P.T. SYSTEM, INC.

Dated: August ____, 2009                   SCHER & BASSETT

                                           By: _____
                                              WILLIAM H. BASSETT
                                           Attorneys for FREDERIC ABRAHAM

Dated: August 25, 2009                     GROTEFELD & HOFFMANN, LLP

                                           By: /s/ Todd C. Harshman
                                              TODD C. HARSHMAN
                                           Attorneys for AMERICAN INT'L TRANSPORT
                                           AGENCY

IT IS SO ORDERED.

Dated: ~~August ____, 2009~~
September 14, 2009
                                           /s/ Bernard Zimmerman
                                           JUDGE OF THE UNITED STATES
                                           DISTRICT COURT, NORTHERN
                                           DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Bernard Zimmerman

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

523798

STIPULATION AND ORDER TO CONTINUE COMPLETION DATE OF EARLY NEUTRAL EVALUATION CONFERENCE

2                                                                        C09 00940 RS

1  SO STIPULATED.

2

3  Dated: August ____, 2009                ROBINSON & WOOD, INC.

4

5                                          By: _____
6                                               JOSEPH C. BALESTRIERI
                                            Attorneys for ROBERT WORCIESKI and
7                                           T.P.T. SYSTEM, INC.

8

9  Dated: August 27, 2009                  SCHER & BASSETT

10

11                                         By: _____
12                                              WILLIAM H. BASSETT
                                            Attorneys for FREDERIC ABRAHAM
13

14
   Dated: August ____, 2009                GROTEFELD & HOFFMANN, LLP
15

16

17                                         By: _____
                                                TODD C. HARSHMAN
18                                          Attorneys for AMERICAN INT'L TRANSPORT
                                            AGENCY
19

20

21

22  IT IS SO ORDERED.

23  Dated: August ____, 2009

24                                         _____
                                           JUDGE OF THE UNITED STATES
25                                         DISTRICT COURT, NORTHERN
                                           DISTRICT OF CALIFORNIA
26

27

28

523798                                     2                              C09 00940 RS
STIPULATION AND ORDER TO CONTINUE COMPLETION DATE OF EARLY NEUTRAL EVALUATION CONFERENCE

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW